No. 03–9005. CUYLER *v.* WAL-MART STORES, INC. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis*

denied. Petitioner is allowed until June 14, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE BREYER took no part in the consideration or decision of this motion.